

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 13, 2023**

*Mark X. Mullin*
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GREGORY CHARLES VEACH | § | CASE NO. 22-43130-MXM-13 |
| | § | |
| Debtors | § | CHAPTER 13 |
| | § | |

### UNOPPOSED ORDER GRANTING EXTENSION OF AUTOMATIC STAY

CAME ON BEFORE THE COURT Debtor's Motion For Continuation of Automatic Stay After Prior Dismissal Within Year of Filing, and the Court finds that good cause exists to grant the Motion. It is, therefore,

ORDERED that the stay be continued under 11 U.S.C. §362(c)(3)(B), as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d).

###END OF ORDER ###

By: */s/ Eric A. Maskell*
Eric A. Maskell

State Bar No. 24041409
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469.646.8995 Phone
469.694.1059 Fax